IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA
No. MC 15-80183 WHA

**ORDER DENYING PERMISSION TO FILE LAWSUIT AGAINST DEUTSCHE BANK *ET AL.***

    In compliance with the terms of his supervised release, defendant John Brosnan has submitted to the undersigned judge a proposed lawsuit that he wishes to file in state court. The complaint against Deutsche Bank National Trust Company, Carrington Mortgage Services, LLC, and several individuals, alleges a grand scheme and conspiracy to defraud Brosnan.

    Brosnan's proposed complaint is completely frivolous and the undersigned judge already denied permission to file a substantially similar complaint against Deutsche Bank. Permission to file this complaint against Deutsche Bank, Carrington Mortgage Services, and the named individuals is **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 26, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE